USCA1 Opinion

 

 April 22, 1996 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT  ____________________ No. 95-2041 PAUL J. HALLORAN, ETC, ET AL., Plaintiffs, Appellants, v. MICHAEL BOSQUET, ETC., ET AL., Defendants, Appellees.  ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND [Hon. Mary M. Lisi, U.S. District Judge] ___________________  ____________________ Before Cyr, Boudin and Stahl, Circuit Judges. ______________  ____________________ Bruce D. Todesco for appellants. ________________ James R. Lee, Assistant Attorney General, with whom Jeffrey B. ____________ __________ Pine, Attorney General, was on brief for appellee Michael Bosquet. ____ Kathleen M. Powers, with whom Marc DeSisto and Desisto Law __________________ ____________ ___________ Offices were on brief for appellees Town of Middletown, Robert A. _______ Gibson, Vincent Truver, Robert Sylvia and Officer Frank Campagna.  ____________________  ____________________ Per Curiam. In this case the appellant was permitted, Per Curiam. __________ in effect, to amend his complaint by oral representations to the trial judge to describe in detail the facts that he was prepared to prove in order to show that the police had unconstitutionally manufactured evidence against him. There is no claim that inadequate discovery was permitted or that on any underlying fact there were two different versions of events and that trial was needed in order to determine what happened. Taken as true, we do not think appellant's factual allegations amounted to a constitu- tional claim that the evidence was manufactured or that the Constitution was otherwise violated. Affirmed.  Affirmed. ________ 2